*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 13-BG-1072**

IN RE:  GARLAND H. STILLWELL,
                                            Respondent.
**Bar Registration No.   473063**                    **BDN: 364-13**

BEFORE:    Blackburne-Rigsby, Associate Judge, and Newman and Nebeker, Senior Judges.

**ORDER**
(FILED - December 26, 2013)

On consideration of the certified order indefinitely suspending respondent from the practice of law in the State of Maryland, with the right to apply for readmission in 60 days, *see Attorney Grievance Com'n of Maryland v. Stillwell*, 74 A.3d 728 (Md. 2013), this court's October 21, 2013, order suspending respondent pending further action of the court and directing him to show cause why he should not be suspended from the practice of law for 60 days with a fitness requirement,  the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause or the affidavit required by D.C. Bar R. XI, §14 (g), it is

ORDERED that Garland H. Stillwell is hereby suspended from the practice of law in the District of Columbia for a period of 60 days with reinstatement contingent upon a showing of fitness.  *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007).   It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14 (g).

**PER CURIAM**